UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>-against-<br><br>RUBYCLAIRE BOUTIQUE, INC.,<br><br>         Defendant. |

25-CV-600 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's January 22, 2025 Order, Dkt. 5, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **April 16, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 18, 2025**.

  SO ORDERED.

Dated: April 17, 2025
    New York, New York

                      _____
                        ARUN SUBRAMANIAN
                      United States District Judge