UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jaqueline Fernandez,<br><br>                      Plaintiff,<br><br>    -against-<br><br>Rubyclaire Boutique, Inc.,<br><br>                      Defendant(s). | 25-cv-600 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Discovery is STAYED pending further order of the Court. All discovery deadlines are hereby CANCELLED.

    SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                United States District Judge