**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JACQUELINE FERNANDEZ,

                        Plaintiff,

    -against-                                       25 **CIVIL** 0600 (AS)

                                                       **<u>JUDGMENT</u>**

RUBYCLAIRE BOUTIQUE, INC.,

                        Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2026, Fernandez's federal claims are DISMISSED WITH PREJUDICE. As the Court declines to exercise supplemental jurisdiction over the state-law claims, those claims are DISMISSED WITHOUT PREJUDICE; accordingly, the case is closed.

**Dated:**  New York, New York

        January 6, 2026

                                                            **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                                      **BY:**

                                                                **Deputy Clerk**